# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SOUTHWEST TMS, LLC

VERSUS

GOODRICH PETROLEUM COMPANY,
LLC

NO.   2019 CW 1215

**NOV 2 5 2019**

---

In Re:   Goodrich  Petroleum  Company,  LLC,  applying  for
supervisory  writs,  21st  Judicial  District  Court,
Parish of Tangipahoa, No. 2015-0000952.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                              **JMM**
                              **MRT**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT